# LEVENTHAL & KLEIN, LLP

ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

May 30, 2012

**BY ECF**

The Honorable Nicholas G. Garaufis
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Walter Bravo v. City of New York*, 11 CV 0773 (NGG) (VVP)

Dear Judge Garaufis:

    I represent the plaintiff in the above-referenced civil rights action. As the Court may recall, the parties have settled this action via acceptance of a Rule 68 Offer of Judgment. The Court so ordered the underlying agreement, which did not include attorneys' fees, on May 29, 2012. I write to confirm that the parties have reached an agreement to settle plaintiff's outstanding claims for attorneys' fees and costs, and request that the Court retain jurisdiction to so order the parties' prospective stipulation in this regard.

    Thank you for your consideration.

Respectfully,

Brett H. Klein

cc:    Liza Sohn, Esq. (via ECF)
        The Honorable Viktor V. Pohorelsky (via ECF)